# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MINNESOTA

Case No.:08cv45 MJD/JJK

CHS, INC.,

             Plaintiff             **ORDER**

v.

SUN COUNTRY FARMS, INC.,
SUN COUNTRY SEEDS LTD. AND
MONTY BERGQUIST,

             Defendants.

This matter is before this Court upon Defendants' Motion to Set Aside Entry of Default and for Leave to Answer or Otherwise Move Against the Amended Complaint. [Docket No. 13]  Plaintiff does not oppose Defendants' motion.  [Docket No. 20]

Based upon the files, records, and proceedings in this matter, **IT IS HEREBY ORDERED** that:

    1.    Defendants' Motion to Set Aside Entry of Default and for Leave to Answer or Otherwise Move Against the Amended Complaint [Docket No. 13] is **GRANTED**;

    2.    Entry of Default is **SET ASIDE**; and

    3.    Defendants shall have ten (10) days to answer or otherwise move against the Amended Complaint.

Dated: July 17, 2008                              s / Michael J. Davis
                                                                         Michael J. Davis
                                                                              Chief Judge
                                                                              United States District Court